**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**
333 Constitution Avenue, NW
Washington, DC 20001-2666
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** CHARLES MOSELEY MARSHALL, JR.,
d/b/a PSYDA SOLUTIONS,

v.                                    Case No: __13-7006__

JAMES ALLISON, THE SALVATION ARMY

### ENTRY OF APPEARANCE

**Party Information**

The Clerk shall enter my appearance as counsel for the following parties:

(List each party represented individually. Use an additional blank sheet as necessary)

☐ Appellant(s)/Petitioner(s)    xx☐ Appellee(s)/Respondent(s)    ☐ Intervenor(s)    ☐ Amicus Curiae

James Allison

The Salvation Army

Names of Parties                                Names of Parties

**Counsel Information**

Lead Counsel: __John M. Wood__

Direct Phone: (202) 759-1995  Fax: (703) 759-1626  Email: __jmwood@jmwoodlaw.com__

2nd Counsel: _____

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email: _____

3rd Counsel: _____

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email: _____

Firm Name: __Law Office of John M. Wood__

Firm Address: __P.O. Box 542, Great Falls, VA 22066__

Firm Phone: (703) 759-1996  Fax: (703) 759-1626  Email: __jmwood@jmwoodlaw.com__

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.